STATE OF CONNECTICUT *v.* DARYL OBER

The state of Connecticut's petition for certification for appeal from the Appellate Court, 24 Conn. App. 347, is denied.

*Carolyn K. Longstreth,* assistant state's attorney, in support of the petition.

*Kent Drager,* assistant public defender, and *G. Douglas Nash,* public defender, in opposition.

Decided June 6, 1991

STATE OF CONNECTICUT *v.* DARYL OBER

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 347, is denied.

*Kent Drager,* assistant public defender, and *G. Douglas Nash,* public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided June 6, 1991

STATE OF CONNECTICUT *v.* NORMAN THERIAULT

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 502, is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Harry Weller,* assistant state's attorney, in opposition.

Decided June 6, 1991